1   ERNEST E. PRICE (SBN 164534)
    ARNOLD E. SKLAR (SBN 51595)
2   **ROPERS, MAJESKI, KOHN & BENTLEY**
    515 South Flower Street, Suite 1100
3   Los Angeles, CA 90071
    Telephone:   (213) 312-2000
4   Facsimile:   (213) 312-2001
    Email:       eprice@ropers.com
5                asklar@ropers.com

6

7   Attorneys for Plaintiff
    KIM SENG COMPANY, a California corporation

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  KIM SENG COMPANY, a California          Case No.
    corporation,
12                                          **COMPLAINT FOR:**
                     Plaintiff,
13                                          **1. UNFAIR COMPETITION (Trade**
    v.                                      **Dress) (15 U.S.C. § 1125(a))**
14
    J & A IMPORTERS, INC., a                **2. COPYRIGHT INFRINGEMENT**
15  corporation; and DOES 1 through 50,     **(17 U.S.C. § 501(a))**
    inclusive,
16                                          **3. CALIFORNIA UNFAIR**
                     Defendants.            **COMPETITION**
17
                                            **4. COMMON LAW UNFAIR**
18                                          **COMPETITION**

19                                          **DEMAND FOR JURY TRIAL**

20

21         This case involves the distribution and sale of infringing dry food Package

22  Designs by an importer of Asian foods in the Los Angeles area.  Plaintiff KIM

23  SENG COMPANY, a California corporation, ("KIM SENG") hereby alleges as

24  follows:

25                          **JURISDICTION AND VENUE:**

26         1.    This action arises under the Copyright Act of the United States (17

27  U.S.C. §§ 101 et seq.) and Lanham Act of the United States (15 U.S.C. §§ 1114 et

28

RC1/5439156.1/EEP                                                    COMPLAINT

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1  seq.).

2      2.     This Court has subject matter jurisdiction of this action pursuant to 28

3  U.S.C. § 1331, 1332, 1338 and 1367; and 15 U.S.C. §§ 1114, 1116, 1121 and 1125.

4      3.     Venue is proper in the Central District of California pursuant to 28

5  U.S.C. § 1391 since the Defendants are domiciled in the Central District of

6  California and/or conduct business activities within this District. Further, venue is

7  appropriate since a substantial portion of the acts complained of herein were

8  committed by each of the Defendants within this District.

9      4.     This Court has personal jurisdiction over Defendant in that Defendant

10 is a corporate entity registered and domiciled in this jurisdiction, and its willful

11 actions herein alleged took place in and/or caused tortious injury to KIM SENG in

12 this jurisdiction.

13                          **THE PARTIES:**

14 **Plaintiff:**

15     5.     KIM SENG is a corporation organized and existing under the laws of

16 the State of California, having its principal place of business at 6121 Randolph St.,

17 City of Commerce, CA 90040.

18 **Defendants:**

19     6.     KIM SENG is informed and believes that defendant, J&A

20 IMPORTERS is a corporation organized and existing under the laws of the State of

21 California, having its principal place of business in Vernon, California 90023.

22     7.     Defendants DOES 1-25, upon information and belief, are individuals

23 and business entities, which conduct business within this Judicial District.

24                  **GENERAL ALLEGATIONS:**

25     8.     KIM SENG imports, sells and/or distributes in interstate commerce

26 dry foods and canned and bottled foods with a substantial shelf life, such as rice

27 sticks, rice noodles, fish sauce, and other related products.  KIM SENG owns the

28 rights in certain copyrights, trademarks and trade dress associated with these goods.

9.     In or about 2002, KIM SENG created a package design, as shown in Exhibit A (the "Kim Seng Package Design").  KIM SENG is the originator of the Kim Seng Package Design and is the owner of, and/or the only person or entity authorized to use, the original copyrightable subject matter, including but not limited to the photograph, the comprises the Kim Seng Package Design.

10.    Since 1998, KIM SENG has used, and continues to use, the Kim Seng Package Design in interstate commerce in connection with the sale and distribution of a number of KIM SENG products.  KIM SENG's products dry food products have been and are available for purchase through a number of retailers throughout the country.

11.    Upon information and belief, Defendant develops, manufactures, markets, offers for sale, and/or distributes in commerce a line of Asian dry foods. Upon information and belief, Defendant's products are marketed for use by Chinese, Vietnamese and other peoples of predominantly Asian descent in California and elsewhere in the United States.

12.    Upon information and belief, Defendant's products, including its dry food products, are available for purchase through a number of retailers throughout the country.

13.    Upon information and belief, Defendant recently adopted the design depicted by Exhibit "B" (the J&A Package Design).  The J&A Package Design utilizes the very same appearance, with slight alteration, as KIM SENG's Kim Seng Package Design, depicting rice noodles and cut egg rolls, angled atop a dark ceramic bowl, displayed with cut meats and peppers, in conjunction with a brilliant yellow background, highlighted by red piping—two horizontal red bands—along with stylized fonts for "rice stick" and descriptive words located above the bowl. The J&A Package Design is evocative of KIM SENG's design elements and is strikingly similar to the Kim Seng Package Design.

/ / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

**FIRST CLAIM FOR RELIEF**

**UNFAIR COMPETITION (Trade Dress Infringement)**

14.   KIM SENG incorporates by reference paragraphs 1 through 13, inclusive, as if fully set forth herein.

15.   The Kim Seng Package Design trade dress is consists of the following non-functional, unique, and distinctive combination of design elements: the front of the package depicts and is dominated by a dark plate on which is placed contrasting white rice noodles, with cut egg rolls at a certain angle, meats at a certain angle adjoining the cut egg rolls, and cut peppers placed at certain locations on the rice noodles, all arranged in a certain way, with a brilliant yellow background, bordered above the plate by two horizontal red bands (one wider than the other) and a border below the plate of four horizontal bands (of decreasing widths), and various Vietnamese words in a combination of Chinese and English letters with some lettering above the upper part of the plate, all as depicted in Exhibit A. There are countless alternative designs available, and the design elements are not covered by any utility patents.

16.   The J&A Package Design, which was adopted after the Kim Seng Package Design trade dress had been on the market, is strikingly similar to the Kim Seng Package Design trade dress in overall look, appearance and commercial impression, so as to create a false suggestion of an affiliation or connection with KIM SENG.

17.   Upon information and belief, the extent of similarity between Defendant's J&A Package Design and the Kim Seng Package Design trade dress and other elements of the package demonstrates that Defendant's copying of the Kim Seng Package Design trade dress is intentional and that Defendant's unlawful conduct is willful.

18.   KIM SENG has spent substantial time, effort, and money in designing, developing, advertising, promoting, marketing, and selling its Kim Seng Package

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1   Design in commerce.

2       19.   The Kim Seng Package Design has developed a strong reputation for

3   quality in the Asian dry goods and nonperishable food product industry.

4       20.   KIM SENG has expended considerable effort and expense in

5   promoting the Kim Seng Package Design and the goods offered there under in the

6   United States.

7       21.   KIM SENG has built substantial goodwill in the Kim Seng Package

8   Design, and it is a valuable asset of KIM SENG.

9       22.   Since the launch of the Kim Seng Package Design in 2002, KIM

10  SENG has dedicated funds to promoting its products, and in light of its promotional

11  efforts and the novelty of its products, the Kim Seng Package Design have become

12  exceptionally popular.  Upon information and belief, as a result of these efforts, the

13  Kim Seng Package Design and the distinctive design embodied therein, is now

14  widely known and recognized in this district and elsewhere as signifying products

15  emanating from and authorized by KIM SENG, such that it has acquired secondary

16  meaning.  Upon information and belief, Defendant's intentional copying of the Kim

17  Seng Package Design Trade Dress is further evidence that KIM SENG' Kim Seng

18  Package Design has acquired secondary meaning.

19      23.   Upon information and belief, the overall visual impression created by

20  the Package Design Trade Dress constitutes inherently distinctive and protectable

21  trade dress.

22      24.   Upon information and belief, the distinctive packaging elements

23  embodied in the Kim Seng Package Design have come to be a recognized indicator

24  of KIM SENG and the Kim Seng Package Design, such that purchasers and

25  prospective purchasers of Asian dry foods products recognize and identify the Kim

26  Seng Package Design trade dress with a single source, KIM SENG.

27      25.   Upon information and belief, the Kim Seng Package Design trade

28  dress has acquired secondary meaning as an identifier of products of KIM SENG.

1   Upon information and belief, Defendant's intentional copying of the Kim Seng

2   Package Design Trade Dress is further evidence of the inherently distinctive nature

3   of KIM SENG' Kim Seng Package Design.

4        26.    Upon information and belief, the Kim Seng Package Design trade

5   dress is an uncommon and distinctive packaging.

6        27.    The Kim Seng Package Design trade dress is non-functional in that

7   there are an unlimited number of layouts, depictions, color combinations, designs,

8   including ornamental designs, and combinations, available to Defendant to enable it

9   to package its own products without copying the Kim Seng Package Design trade

10  dress.   The Kim Seng Package Design trade dress is not dictated by the nature of

11  the package or the product in the package.   Accordingly, Defendant need not copy

12  the Kim Seng Package Design trade dress to compete in the relevant food market.

13       28.    KIM SENG has not granted a license or any other form of permission

14  to Defendant or anyone else to use the Kim Seng Package Design trade dress.

15       29.    On information and belief, Defendant adopted the J&A Package

16  Design with knowledge of, and the intent to call to mind, create a likelihood of

17  confusion with regard to, and/or trade off of the goodwill associated with the Kim

18  Seng Package Design.

19       30.    Both KIM SENG and Defendant offer their products through the same

20  channels of trade, i.e., third-party retail stores that specialize in Asian food

21  products.

22       31.    Defendant's continued use of the J&A Package Design will injure

23  KIM SENG by causing the public to be confused or mistaken into believe that the

24  goods offered by Defendant are endorsed by, sponsored by, or affiliated with KIM

25  SENG.

26       32.    KIM SENG has no control over the nature and quality of the goods

27  offered by Defendant under the J&A Package Design, and KIM SENG's reputation

28  and goodwill will be damaged and the value of the Kim Seng Package Design

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1   jeopardized by Defendant's continued use of the J&A Package Design.  Because of

2   the likelihood of confusion between the parties' trade dress, defects, objections, or

3   faults found with Defendant's products could negatively reflect upon and injure the

4   reputation of KIM SENG.

5        33.    Upon information and belief, Defendant has misappropriated and used

6   and continues to use the Kim Seng Package Design Trade Dress on Defendant's

7   packaging without KIM SENG's authority or permission.  Defendant will

8   manufacture, import, market, advertise and/or sell its products under the J&A

9   Package Design to profit from the demand that KIM SENG created by its Kim Seng

10  Package Design, and to trade on KIM SENG's goodwill in the Kim Seng Package

11  Design Trade Dress.

12       34.    Upon information and belief, Defendant's acts as alleged herein

13  constitute unfair competition and false designation of origin.

14       35.    Upon information and belief, the presence of the J&A Package Design

15  in the marketplace damages the value of the Kim Seng Package Design, and is

16  likely to confuse or mislead purchasers to buy Defendant J&A IMPORTER's

17  products believing the J&A products are from or affiliated with Kim Seng.

18       36.    Defendant's acts as alleged above, if not enjoined, will continue. KIM

19  SENG has no adequate remedy at law in that the amount of its damages is difficult

20  to ascertain with specificity.

21       37.    Upon information and belief, KIM SENG will lose revenue as the

22  direct result of Defendant's use of the Package Design Trade Dress.  As a result of

23  Defendant's infringement of the Kim Seng Package Design, KIM SENG has

24  incurred damages in an amount to be proven at trial consisting of, among other

25  things, diminution in the value of and goodwill associated with the Kim Seng

26  Package Design.

27       38.    Upon information and belief, Defendant's conduct will deprive KIM

28  SENG of opportunities for expanding its business and goodwill.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

39.     Upon information and belief, Defendant J&A IMPORTER intends to continue its course of conduct and to wrongfully use, infringe upon, sell, and otherwise profit from the sale of its rice stick products using the Package Design Trade Dress in a manner that is confusingly similar to that of KIM SENG.

40.     KIM SENG has no adequate remedy at law to redress the injuries that Defendant has caused and intends to cause by its conduct. Upon information and belief, KIM SENG has sustained and will continue to sustain irreparable damage and lost profits until Defendant's actions alleged above are enjoined by this Court.

41.     KIM SENG is entitled to recovery any and all profits Defendant has made from its use of the infringing J&A Package Design.

42.     Defendant's actions alleged herein infringe and will continue to infringe KIM SENG' Kim Seng Package Design Trade Dress, because Defendant's actions are likely to cause confusion, mistake, or deception in violation of 15 U.S.C. § 1125(a).

43.     Defendant's wrongful use of the Kim Seng Package Design Trade Dress is deliberate, willful, fraudulent, and without any extenuating circumstances, and constitutes a knowing use of the Kim Seng Package Design Trade Dress. KIM SENG is therefore entitled to recover three times the amount of its actual damages and the attorneys' fees and costs incurred in this action, and prejudgment interest.

## SECOND CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT

44.     KIM SENG incorporates by reference paragraphs 1 through 43, inclusive, as if fully set forth herein.

45.     The Kim Seng Package Design includes copyrightable subject matter. KIM SENG is the owner of the copyright rights in the original copyrightable subject matter, including but not limited to the food plate depiction and the photograph of that depiction, included in the Kim Seng Package Design ("the Work").  Kim Seng is the only person or entity authorized to make copies of the

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1   Work.

2       46.    On or about March 10, 2003, this Kim Seng Package Design was

3   registered for copyright protection with the U.S. Copyright Office as Registration

4   No. VA 1-190-640. A true and correct copy of the original registration is attached

5   hereto as Exhibit "C".

6       47.    Since 2002 Kim Seng's Work has been publicly displayed in grocery

7   stores specializing in Asian food products.

8       48.    Defendants made, or caused others to make, unauthorized copies or

9   unauthorized derivatives of the KIM SENG Work and/or important elements of the

10   Work, including but not limited to the photograph.

11       49.    Upon information and belief, the extent of similarity between

12   Defendant's J&A Package Design and the Kim Seng Package Design demonstrates

13   that the copying and/or making derivative(s) of the Work is intentional and that

14   Defendant's unlawful conduct is willful.

15       50.    As a proximate cause of Defendants' infringement, KIM SENG is

16   suffering irreparable harm. KIM SENG is entitled to an injunction restraining

17   Defendant and all persons acting in concert with it from engaging in any further

18   acts of copyright infringement.

19       51.    KIM SENG is entitled to recover from Defendant both the damages he

20   has suffered and the profits derived by Defendant from its infringing conduct.

21   Alternatively, KIM SENG can elect to receive statutory damages under 17 U.S.C. §

22   504(c). KIM SENG is also entitled to recovery his attorney's fees and the costs of

23   this action.

**THIRD CLAIM FOR RELIEF**

**CALIFORNIA UNFAIR COMPETITION (B&P § 17200)**

26       52.    KIM SENG incorporates by reference paragraphs 1 through 54,

27   inclusive, as if fully set forth herein.

28       53.    By the acts described herein, Defendant has engaged in unlawful and

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1  unfair business practices that have injured and will continue to injure KIM SENG

2  in its business and property, in violation of California Business & Professions Code

3  §§ 17200, et seq.

4    54.    Defendant's acts as alleged herein have and will continue to cause

5  monetary damages to KIM SENG, and have caused, and will continue to cause,

6  irreparable injury to KIM SENG and its business, reputation, and goodwill, unless

7  and until Defendant is permanently enjoined.

8                    **FOURTH CLAIM FOR RELIEF**

9                 **COMMON LAW UNFAIR COMPETITION**

10    55.    KIM SENG incorporates by reference paragraphs 1 through 58,

11  inclusive, as if fully set forth herein.

12    56.    Defendant has engaged in and continues to engage in unfair

13  competition by using the Kim Seng Package Design Trade Dress, on information

14  and belief, with the intention of interfering with or trading on the business

15  reputation and good will engendered by KIM SENG.

16    57.    Defendant's acts have caused KIM SENG competitive injury, as

17  described herein, and specifically have caused KIM SENG to incur damages in an

18  amount to be proven at trial consisting of, among other things, diminution in the

19  value of and goodwill associated with the Kim Seng Package Design.

20    58.    As a direct and proximate result of Defendant's conduct alleged

21  herein, Defendant has been unjustly enriched and should be ordered to disgorge any

22  and all profits that it earns or has earned as a result of such unlawful conduct.

23    59.    Defendant's acts as alleged above, if not enjoined, will continue. KIM

24  SENG has no adequate remedy at law in that the amount of its damages is difficult

25  to ascertain with specificity.

26    60.    Defendant's acts as alleged herein constitute unfair competition under

27  California common law.

28  / / /

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

**PRAYER FOR RELIEF**

Wherefore, KIM SENG prays:

1.     That this Court grant preliminary and permanent injunctive relief enjoining Defendant, its parent, affiliate, subsidiary companies, and all others acting in concert with or having knowledge thereof:

(a)    from making or causing to be made, and from importing, advertising or promoting, distributing, selling or offering to sell any merchandise that infringes KIM SENG's copyright, trademarks, or trade dress;

(b)    from making or causing to be made copies of the KIM SENG Work;

(c)    from making or causing to be made derivative works of the KIM SENG Work;

(d)    from infringing the Kim Seng Package Design;

(e)    from utilizing any package design that is similar to the Kim Seng Package Design as to be likely to cause confusion as to source or sponsorship and from committing any other act that is likely to cause confusion, mistake, or deception as to the source or sponsorship of the packages or the product in the packages distributed by Defendant;

(f)    from falsely representing themselves as being connected with KIM SENG through sponsorship or association, or engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods of Defendants are in any way endorsed by, approved by, and/or associated with KIM SENG.

2.     That this Court order Defendant, its parent, affiliate, subsidiary companies, and all others acting in concert with or having knowledge thereof to recall from all distributors, wholesalers, dealers, and retailers, and others known to Defendant, (1) any products that infringe the Kim Seng Package Design.

3.     That this Court enter an award to KIM SENG of such damages as it

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

shall prove at trial against Defendant that are adequate to compensate KIM SENG for Defendant's trade dress infringement and unfair competition, and all profits realized by Defendant, its parent, affiliate, subsidiary companies, and all others acting in concert with or having knowledge thereof, from Defendant's unauthorized use and infringement of the Kim Seng Package Design.

4.     That this Court enter an award to KIM SENG of such damages as it shall prove at trial against Defendant that are adequate to compensate KIM SENG for Defendant's copyright infringement, and all profits realized by Defendant, its parent, affiliate, subsidiary companies, and all others acting in concert with or having knowledge thereof, from Defendant's unauthorized use and infringement of the KIM SENG copyrighted work.

5.     That this Court award KIM SENG the costs of this action and reasonable attorney's fees and expenses;

6.     Award damages, trebled for willful infringement;

7.     Award disgorgement of Defendants' revenues:

8.     Award statutory damages from each of the Defendants as provided by 15 U.S.C. §1117(c) and 17 U.S.C. 504(c);

9.     Award pre-judgment interest;

10.    Award costs and reasonable attorneys' fees; and

11.    That this Court grant such other and further relief as it should deem just.

Dated:  February 2, 2010          ROPERS, MAJESKI, KOHN & BENTLEY


By: _____
    ERNEST E. PRICE
    ARNOLD E. SKLAR
    Attorneys for Plaintiff
    KIM SENG COMPANY

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1

**DEMAND FOR JURY TRIAL**

2

KIM SENG hereby demands a trial by jury of the causes of action and claims

3

asserted herein.

4

Dated:  February 2, 2010          ROPERS, MAJESKI, KOHN & BENTLEY

5

6

7

By:_____

ERNEST E. PRICE
ARNOLD E. SKLAR
Attorneys for Plaintiff
KIM SENG COMPANY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

EXHIBIT A



EXHIBIT B



Serving Suggestion

NET WT. : 35. 2 oz. (2.2LBS.)(908g)

EXHIBIT C

# CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UI
RI



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

United States of America

**OFFICIAL SEAL**

VA 1 – 190 – 640

VA         VAU
EFFECTIVE DATE OF REGISTRATION

**MAR 1 0 2003**
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
Que Huong Bun Cha Gio Thit Nuong

**NATURE OF THIS WORK ▼** See Instructions
Packaging Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**NAME OF AUTHOR ▼**
Kim Seng Company

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in California Corp.

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☒ 2-Dimensional artwork      ☒ Photograph      ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design      ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph      ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design      ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
1998  Year   This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Complete this information Month January Day 5 Year 1998
ONLY if this work has been published.      U.S.A.      Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Kim Seng Company
1561 Chapin Road
Montebello, CA 90640

APPLICATION RECEIVED
**MAR 1 0 2003**
ONE DEPOSIT RECEIVED
**MAR 1 0 2003**
TWO DEPOSITS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

See instructions before completing this space.

DO NOT WRITE HERE
Page 1 of ___ pages

| | |
|---|---|
| EXAMINED BY  *Jfb* | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**6**

a
b

See instructions
before completing
this space.

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

a
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kim Seng Company
1561 Chapin Road
Montebello, CA 90640

Area code and daytime telephone number  (323) 724-8551        Fax number  (323) 724-1408
Email

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Kim Seng Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

GARY TSAI                Date  1/23/03

Handwritten signature (X) ▼

X

**9**

**Certificate
will be
mailed in
window
envelope
to this
address:**

| Name ▼ |
|---|
| Kim Seng Company |
| Number/Street/Apt ▼ |
| 1561 Chapin Road |
| City/State/ZIP ▼ |
| Montebello, CA 90640 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.loc.gov/copyright,
write the Copyright
Office, or call
(202) 707-3000.

*\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

### CV10- 742 CAS (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIM SENG COMPANY, a California corporation, | ) | |
| *Plaintiff* | ) | **CV10   0742** *CAS* (MANX) |
| v. | ) | Civil Action No. |
| J & A IMPORTERS, INC., a corporation; and DOES 1 through 50, inclusive, | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
     J & A IMPORTERS, INC., a corporation
     4398 Ayers Avenue
     Vernon, CA 90023


     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
     Ernest E. Price (SBN 164534)/Arnold E. Sklar (SBN 51595)
     Ropers Majeski Kohn & Bentley
     515 South Flower Street, Suite 1100
     Los Angeles, CA 90071
     Phone:  (213) 312-2000   Fax:  (213) 312-2001

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                                      *CLERK OF COURT*

FEB - 2 2010                            **CHRISTOPHER POWERS**

Date: _____        _____
                                           *Signature of Clerk or Deputy Clerk*



American LegalNet, Inc.
www.FormsWorkFlow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>KIM SENG COMPANY, a California corporation | **DEFENDANTS**<br>J & A IMPORTERS, INC., a corporation; and DOES 1 through 50, inclusive, |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Ernest E. Price (SBN 164534)/Arnold E. Sklar<br>Ropers Majeski Kohn & Bentley          (SBN 51595)<br>515 South Flower Street, Suite 1100<br>Los Angeles, CA 90071<br>Phone: (213) 312-2000/Fax: (213) 312-2001 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COPYRIGHT & TRADE DRESS

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☒ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV10  0742**

| | |
|---|---|
| **FOR OFFICE USE ONLY:**     Case Number: _____ | |

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date February 2, 2010

Ernest E. Price

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com